NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE TURFGRASS GROUP, INC., AND UNIVERSITY OF GEORGIA RESEARCH FOUNDATION, INC.,**
*Plaintiffs-Appellants,*

**v.**

**CAROLINA FRESH FARMS, INC., CAROLINA FRESH FARMS, L.L.C., FKA CAROLINA FRESH FARMS, INC., AND JOHN A. FOGLE, SR.,**
*Defendants-Appellees.*

---

2014-1017

---

Appeal from the United States District Court for the District of South Carolina in No. 5:10-cv-00849-JMC, Judge J. Michelle Childs.

---

**ON MOTION**

---

**O R D E R**

The appellants move for leave to file their appendix out of time and to reinstate their appeal.

2    THE TURFGRASS GROUP, INC. v. CAROLINA FRESH FARMS, INC.

On August 4, 2014, this appeal was dismissed for failure to timely file the appendix. The court notes that the appendix was submitted with the motion to reinstate.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to accept the appendix out of time is granted. The joint appendix is accepted for filing.

(2) The mandate is recalled, the court's August 4, 2014 dismissal order is vacated, and the appeal is reinstated.

(3) This appeal will be placed on the oral argument calendar in due course.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21